IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXANDER C. JEWETT,

      Defendant.

Case No. 26-CR-30033-SPM-1

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court the United States of America's Motion for Psychiatric or Phycological Examination of Defendant Alexzander C. Jewett (Doc 22). Having been fully informed of the issues presented, and for the reasons set forth below, the Motion is **GRANTED**.

### RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

On March 17, 2026, Defendant was indicted on one count of Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a) and (e). (Doc. 1). On July 14, 2026, Defendant's Counsel filed a Notice Pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure stating that Defendant may assert a defense of insanity at the time of the alleged offense. (Doc. 20). In response, the United States of America filed a Motion for Psychiatric or Phycological Examination of Defendant. (Doc. 22).

### ANALYSIS

If a defendant provides notice of an insanity defense, then "the court must, upon the government's motion, order the defendant to be examined under 18 U.S.C.

§ 4242." FED. R. CRIM. P. 12.2(c)(1)(B). Here, Defendant has provided notice of an insanity defense, (Doc. 20), and the Government has moved for Defendant to be examined under 18 U.S.C. § 4242, (Doc. 22). Therefore, the Government's Motion (Doc. 22) is **GRANTED**.

### CONCLUSION

For the reasons set forth herein, Court the United States of America's Motion for Psychiatric or Phycological Examination of Defendant Alexzander C. Jewett is **GRANTED.** The Court **ORDERS** that a psychiatric or psychological examination of Defendant Alexzander C. Jewett be performed pursuant to 18 U.S.C.A. § 4242 and a psychiatric or psychological report be prepared by the examiner, filed with this Court, and copies provided to the counsel for Defendant and the Government pursuant to 18 U.S.C.A. § 4247(c).

**IT IS SO ORDERED.**

**DATED: July 29, 2026.**

**STEPHEN P. McGLYNN**
**U.S. District Judge**